**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| SONNY JOSHUA WONG, | ) NO. SACV 07-00098-JHN (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CHARLES HARRISON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>November 14, 2011</u>

                                          _____
                                          JACQUELINE H. NGUYEN
                                          UNITED STATES DISTRICT JUDGE